No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. LYNX; Appellant. (Supreme Court, Appellate Division, First Department. November 28, 1913.) Proceeding by the People of the State of New York against Daniel M. Lynx. G. B. Rosenheim, of New York City, for appellant. G. Z. Medalie, of New York City, for the People. No opinion. Judgment and orders affirmed. Order filed.

PEOPLE, Respondent, v. LYONS, Appellant. (Supreme Court, Appellate Division, Second Department. November 28, 1913.) Proceeding by the People of the State of New York against George Lyons. No opinion. Judgment of conviction of the County Court of Westchester County affirmed.

PEOPLE, Respondent, v. MANZALLILO, Appellant. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Proceeding by the People of the State of New York against Raffaelino Manzallilo. No opinion. Motion granted.

PEOPLE v. MARKHEIM. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Proceeding by the People of the State of New York against Louis Markheim. No opinion. Motion granted, and time extended to January 6, 1914, when case and printed papers must be on file, or appeal stands dismissed. Settle order on notice.

PEOPLE v. METROPOLITAN SURETY CO. H. B. SMITH CO. v. YAWGER. (Supreme Court, Appellate Division, Third Department. November 26, 1913.) Proceeding by the People of the State of New York against the Metropolitan Surety Company. Claim of the H. B. Smith Company against John F. Yawger, as receiver of the Metropolitan Surety Company. No opinion. Motion granted, and questions certified as proposed. See, also, 143 N. Y. Supp. 1136.

PEOPLE v. MOORE. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Proceeding by the People of the State of New York against Richard Moore. No opinion. Motion denied. Order filed. See, also, 146 App. Div. 956, 131 N. Y. Supp. 1134.

PEOPLE, Respondent, v. O'CONNOR, Appellant. (Supreme Court, Appellate Division, Second Department. December 19, 1913.) Proceeding by the People of the State of New York against Cornelius J. O'Connor.

PER CURIAM. When the people rested, there was not a prima facie case against the defendant. Evidence was admitted that was clearly incompetent, and the motion to dismiss should have been granted. The defendant's version of the occurrence was not substantiated by testimony which it seems he might have been able to produce. On consideration of the whole case, we think that justice requires a new trial, which is hereby ordered, pursuant to the provisions of section 527 of the Code of Criminal Procedure, and section 40, c. 659, Laws 1910. Judgment of conviction of the Court of Special Sessions reversed, and new trial ordered. See, also, 158 App. Div. 943, 143 N. Y. Supp. 1136.

BURR and RICH, JJ., vote for affirmance.

PEOPLE, Respondent, v. O'DAY, Appellant. (Supreme Court, Appellate Division, First Department. December 26, 1913.) Proceeding by the People of the State of New York against Daniel O'Day. W. S. Kennedy, of New York City, for appellant. S. L. Richter, of New York City, for the People. No opinion. Judgment and order affirmed. Order filed. See, also, 157 App. Div. 911, 142 N. Y. Supp. 1136.

PEOPLE, Respondent, v. ROTHENBERG, Appellant. (Supreme Court, Appellate Division, Second Department. December 5, 1913.) Proceeding by the People of the State of New York against Rebecca Rothenberg. No opinion. Judgment of conviction of the Court of Special Sessions, and information, dismissed, upon the ground that the evidence does not show the commission of the offense charged, or any other offense. See, also, 158 App. Div. 943, 143 N. Y. Supp. 1136.

PEOPLE, Respondent, v. SCHIPANI, Appellant. (Supreme Court, Appellate Division, Second Department. December 31, 1913.) Proceeding by the People of the State of New York against John Schipani. No opinion. Judgment of conviction of the County Court of Kings County affirmed.

PEOPLE, Respondent, v. SERKEN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Proceeding by the People of the State of New York against Joseph Serken, impleaded with another. No opinion. Motion granted.

PEOPLE, Respondent, v. SERKEN, Appellant, et al. (Supreme Court, Appellate Division, Second Department. November 21, 1913.) Proceeding by the People of the State of New York against Sarah Serken, impleaded with another. No opinion. Motion granted.

PEOPLE v. SILVERSTEIN. (Supreme Court, Appellate Division, First Department. December 12, 1913.) Proceeding by the People of the State of New York against Edward Silverstein. No opinion. Motion to dismiss appeal granted. Order filed. See, also, 142 N. Y. Supp. 1136.

PEOPLE, Respondent, v. SMOLINSKI et al., Appellants. (Supreme Court, Appellate Di-